**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOHN MAHONEY, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　　　-against-<br><br><br>CHOICE HOTELS INTERNATIONAL, INC.<br>　　　　　　　Defendant. | Case No. 2:22-cv-01479-KSM<br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL**<br>**WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs or disbursements to any party.

Dated:  Philadelphia, Pennsylvania
　　　　July 21, 2022

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/* David S. Glanzberg
　　　　　　　　　　　　　　　　　　　Glanzberg Tobia Law, P.C.
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*